

The following constitutes the order of the court.
Signed February 4, 2015

_____
**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>Osman Seflek,<br>Hatice Seflek,<br><br>    Debtors.<br>_____<br>Vadim Kozlov,<br><br>    Plaintiff,<br><br>    v.<br><br>Osman Seflek,<br>Hatice Seflek,<br><br>    Defendants.<br>_____ | No. 14-41570<br><br>Chapter 7<br><br><br><br><br>Adv. Pro. No. 14-04086<br><br><br><br>**Trial Date:** February 9, 2015<br>**Time:** 9:00 A.M.<br>**Length of Trial:** 1 day |

**MEMORANDUM REGARDING TRIAL**

    By scheduling order entered on September 25, 2014, the Court set a Trial in the above captioned adversary proceeding. According to a Bankruptcy Dispute Resolution

1

Report, the parties mediated the matter on January 12, 2015, and reached a settlement.  However, the parties neither took any action to have the Court dispose of the matter pursuant to the settlement, nor otherwise complied with the requirements under paragraph 3 and 9 of the scheduling order.  For these reasons, the adversary proceeding has not been resolved.  Accordingly, the court will proceed with the Trial on February 9, 2015, at 9:00 AM.  The Court expects the parties to attend in person.

**\*END OF MEMORANDUM\***

**COURT SERVICE LIST**

Vadim Kozlov
c/o John L. Warnlof, Esq.
2000 Crow Canyon Place
Suite 300
San Ramon, CA 94583

Elliott Abrams
Law Offices of Elliott Abrams
2033 N Main St. #750
Walnut Creek, CA 94596

John S. Warnlof
Warnlof and Sumnick
2033 N Main St. #750
Walnut Creek, CA 94596

Osman Seflek
1915 Hudson Street
El Cerrito, CA 94530

Hatice Seflek
1915 Hudson Street
El Cerrito, CA 94530

Scott Jordan
Jordan Law Offices
18 Crow Canyon Court, Suite 280
San Ramon, CA 94583